JUDGMENT

FILED: October 20, 2004

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit



NO. 04-2088
CA-04-74-5

THOMAS JOSEPH COYNE, Ph.D.

    Plaintiff - Appellant

v.

JOSEPH MANCHIN, III, Secretary of State of West Virginia

    Defendant - Appellee

---

Appeal from the United States District Court for the
Northern District of West Virginia at Wheeling

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor

_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk

